UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEREMY COLLINS,

    Plaintiff,

v.                                                      Case No.: _____

RADIUS GLOBAL SOLUTIONS LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Radius Global Solutions, LLC (RGS), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Fifth Judicial Circuit, in and for Lake County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division. The removal of this civil case is proper because:

1. RGS is a named defendant in this civil action filed by plaintiff, Jeremy Collins, ("plaintiff"), in the County Court of the Fifth Judicial Circuit, in and for Lake County, Florida, titled *Jeremy Collins v. Radius Global Solutions, LLC,* Case No.: 35-2022-SC-001239-AXXX-XX (hereinafter the "State Court Action").

2. RGS removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the Fair Credit Reporting

Act (FCRA), 15 U.S.C. § 1681, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3.     Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal.  RGS was served with plaintiff's Complaint on March 10, 2022.  This Notice of Removal is filed within 30 days of receipt of the Complaint by RGS.

4.     Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.     A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Fifth Judicial Circuit, in and for Lake County, Florida.

WHEREFORE, defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Dated: April 7, 2022

> Respectfully Submitted,
>
> */s/ Michael P. Schuette*
> Michael P. Schuette, Esq.
> Florida Bar No. 0106181
> Dayle M. Van Hoose, Esq.
> Florida Bar No. 0016277
> SESSIONS, ISRAEL & SHARTLE, LLC
> 3350 Buschwood Park Drive, Suite 195
> Tampa, Florida 33618
> Telephone: (813) 890-2472
> Facsimile: (877) 334-0661

>mschuette@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

>Thomas M. Bonan, Esq.
>Seraph Legal, P.A.
>1614 N. 19th St.
>Tampa, FL 33605
>tbonan@seraphlegal.com

>*/s/ Michael P. Schuette*
>Attorney